**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | | |
|---|---|---|
| LUTHER CARTER, | ) | Case No. EDCV 06-00299-JWJ |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is remanded to the Commissioner for further proceedings.

DATED: August 30, 2007

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge